IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-01370-ZLW-MJW

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and
UNITED STATES FIDELITY AND GUARANTY COMPANY,

      Plaintiffs,

v.

CANYON RESOURCES CORPORATION,

      Defendant.

___

## ORDER
___

In consideration of the Minute Order entered on September 24, 2007, by Magistrate Judge Michael J. Watanabe, it is

ORDERED that that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before October 9, 2007.  If by that date settlement papers have not been received by the Court, on October 16, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   25   day of September, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court