IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-01370-ZLW-MJW

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and
UNITED STATES FIDELITY AND GUARANTY COMPANY,

      Plaintiffs,

v.

CANYON RESOURCES CORPORATION,

      Defendant.
_____

ORDER OF DISMISSAL
_____

      The matter before the Court is a Stipulated Motion To Dismiss, signed by the attorneys for the parties hereto.  In consideration thereof, it is

      ORDERED that the Stipulated Motion To Dismiss is granted.  It is

      FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

      DATED at Denver, Colorado, this   9   day of October, 2007.

      BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court